06-CV-00761-CMP

____FILED ____ENTERED
____LODGED____RECEIVED

MAY 31 2006   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

WILLIAM R. TAMAYO, REGIONAL ATTORNEY
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT
350 EMBARCADERO, SUITE 500
SAN FRANCISCO, CA 94105-1260

JOHN STANLEY, ACTING, SUPERVISORY TRIAL ATTORNEY
WESLEY KATAHIRA, SENIOR TRIAL ATTORNEY
MOLLY KUCUK, TRIAL ATTORNEY
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVENUE, SUITE 400
SEATTLE, WA 98104
TEL: (206) 220-6892
FAX: (206) 220-6911
Molly.Kucuk@eeoc.gov

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. CV6-761MAT |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| LES SCHWAB TIRE CENTERS OF WASHINGTON, INC., LES SCHWAB WAREHOUSE CENTER, INC., | |
| Defendants. | |

///

///

COMPLAINT- Page 1 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

*[Margin annotation: U.S. Govt (No fee required) SJS]*

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 ("Title VII") and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices and to provide appropriate relief to Magen Morris, Jennifer Strange and similarly situated individuals who were adversely affected by such practices. The Equal Employment Opportunity Commission ("the EEOC") alleges that defendants Les Schwab Tire Centers of Washington, Inc. and Les Schwab Warehouse Center, Inc. (collectively referred to herein as "Les Schwab" or "defendants") violated Title VII by discriminating against Ms. Morris, Ms. Strange and similarly situated individuals on the basis of sex when defendants failed to provide training opportunities to them and when it failed to promote them to management positions on the basis of sex. The EEOC also alleges that Les Schwab violated Title VII when it failed to hire female applicants for positions in the sale/service departments of Les Schwab Tire Center facilities on the basis of sex.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. section 2000e et seq. ("Title VII") and section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4. At all relevant times, defendants Les Schwab Tire Centers of Washington, Inc. and Les Schwab Warehouse Center, Inc. have continuously been employers engaged in an industry affecting commerce within the meaning of Sections 701(b), (g), and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g), and (h).

5. At all relevant times, defendants Les Schwab Tire Centers of Washington, Inc. Les Schwab Warehouse Center, Inc. have been corporations continuously doing business in the State of Washington and has continuously had at least 15 employees.

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Magen Morris and Jennifer Strange filed charges of discrimination with the Commission alleging violations of Title VII by Les Schwab. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least January 1, 2004, defendants have engaged in unlawful employment practices at their facilities in Washington state and other states in which they conduct business in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a). These practices include discriminating against Ms. Morris, Ms. Strange and similarly situated females based on sex, when they failed to train them for management positions and when they failed to promote them into management positions. Further, defendants discriminated against female applicants for sales/service positions when they failed to hire them because of sex.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

8. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Morris, Ms. Strange, and similarly situated individuals of equal employment opportunities and otherwise adversely affect their status as applicants or employees because of the discrimination that occurred.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Ms. Morris, Ms. Strange and similarly situated individuals.

## PRAYER FOR RELIEF

*Wherefore, the Commission respectfully requests that this Court:*

A. Grant a permanent injunction enjoining defendants and their officers, agents, successors, assigns, and all persons in active concert or participation with them, from engaging in discrimination against any of their employees..

B. Order defendants to institute and carry out policies, practices, and programs which prevent their employees from being subjected to discrimination and which eradicate the effects of past and present unlawful employment practices.

C. Order defendants to make whole Ms. Morris, Ms. Strange, and similarly situated individuals by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of their unlawful employment practices described above.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

D.  Order defendants to make whole Ms. Morris, Ms. Strange, and similarly situated individuals by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including without limitation past and future out-of-pocket expenses, in amounts to be determined at trial.

E.  Order defendants to make whole Ms. Morris, Ms. Strange, and similarly situated individuals by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to determined at trial.

F.  Order defendants to pay Ms. Morris, Ms. Strange and similarly situated individuals punitive damages for their malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

///
///
///
///
///
///
///

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

DATED this 31st day of May, 2006.

| | |
|---|---|
| WILLIAM R. TAMAYO<br>Regional Attorney | JAMES L. LEE<br>Deputy General Counsel |
| JOHN STANLEY<br>Acting Supervisory Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| WESLEY KATAHIRA<br>Senior Trial Attorney | |
| MOLLY KUCUK<br>Trial Attorney | |

BY:     /s/ William R. Tamayo
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office                    Office of the General Counsel
350 The Embarcadero, Ste. 500                    1801 "L" Street NW
San Francisco, California 94105-1260             Washington, D.C. 20507
Telephone (415) 625-5645
Facsimile (415) 625-5657

Attorneys for Plaintiff

COMPLAINT- Page 6 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6883
Facsimile: (206) 220-6911
TDD: (206) 220-6882